**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MILTON MATHIS<br>Plaintiff | CIVIL ACTION |
| vs.<br>ALLIANCEONE RECEIVABLES<br>MANAGEMENT, INC.<br>Defendant | NO. 09-842 |

**STIPULATION OF DISMISSAL**

AND NOW, this 2nd day of July, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY:  /s/ *Bruce K. Warren*
         Bruce K. Warren, Esquire
         Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: /s/ Andrew M. Schwartz
         Andrew M. Schwartz, Esquire
         Attorney for Defendant